# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TZVIA WEXLER : CIVIL ACTION
:
v. :
:
CITY OD PHILADELPHIA, etal : NO. 19-5760

**O R D E R**

AND NOW this 26th day of August 2020, it is hereby **ORDERED** that a follow-up settlement conference in the above-captioned matter has been scheduled for <u>September 24, 2020 at 2:00 p.m</u>. All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

Instructions for video or telephonic conferencing will follow.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE