# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER,<br>    **Plaintiff,**<br><br>  v.<br><br>CHARMAINE HAWKINS, et al.,<br>    **Defendants.** | **Civil Action**<br>**No. 19-5760** |

## JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE

AND NOW, on this 4th day of September, 2020, the undersigned counsel, on behalf of their respective clients, hereby stipulate that the discovery deadline is extended by sixty (60) days, with discovery ending on November 10, 2020.

Approved this 4th day of September 2020:

**/s/ Cynthia M. Rufe**
_____
Cynthia M. Rufe, J.

*/s/ Thomas B. Malone*
Thomas B. Malone
The Malone Firm, LLC
1650 Arch Street, Ste. 2501
Philadelphia, PA 19103
TMalone@themalonefirm.com
*Counsel for Plaintiff*

*/s/ Shannon Zabel*
Shannon Zabel, No. 321222
Assistant City Solicitor
City of Philadelphia Law Dept.
1515 Arch St., 14th Floor
Philadelphia, PA 19102
shannon.zabel@phila.gov
*Counsel for Defendants*