# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| TZVIA WEXLER, | | : | |
| | Plaintiff, | : | |
| | | : | Civil Action |
| v. | | : | No. 19-5760 |
| | | : | |
| CHARMAINE HAWKINS, et al. | | : | |
| | Defendants. | : | |

## SECOND JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE

AND NOW, on this 10th day of November, 2020, the undersigned counsel, on behalf of their respective clients, hereby stipulate that the discovery deadline is extended by ninety (90) days, with discovery ending on Thursday, February 18, 2021.

Approved this 10th day of November 2020:
and **ORDERED** that any further requests for extension of time must be by motion.
**/s/ Cynthia M. Rufe**

_____
Cynthia M. Rufe, J.

/s/ Thomas B. Malone
Thomas B. Malone, Esq.
The Malone Firm, LLC
1650 Arch Street, Ste 2501
Philadelphia, PA 19103
tmalone@themalonefirm.com
Counsel for Plaintiff

/s/ Shannon Zabel
Shannon Zabel, No. 321222
Assistant City Solicitor
City of Philadelphia Law Dept.
1515 Arch St., 14th Fl
Philadelphia, PA 19102
Shannon.zabel@phila.gov
Counsel for Defendants