IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TZVIA WEXLER | : | |
| *Plaintiff* | : | Civil Action |
| | : | |
| v. | : | |
| | : | No. 19-5760 |
| CHARMAINE HAWKINS, et al. | : | |
| *Defendants* | : | |

**NOTICE OF DEPOSITION DIRECTED TO CORPORAL KELLY KEENAN**

NOTICE is hereby given that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, by and through her attorney, Thomas Malone, Esq., will take the oral deposition of **Corporal Kelly Keenan**. The deposition will begin at **10 A.M on February 18, via Zoom**, unless the parties mutually agree to hold the deposition on a different date or time or at a different location or using different means.

This deposition will be taken by stenography before an officer authorized to administer oaths and, if necessary, will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated: February 15, 2021                                   /s/ Thomas Malone
                                                                            Thomas Malone, Esq.
                                                                            Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TZVIA WEXLER | : | |
| *Plaintiff* | : | Civil Action |
| | : | |
| v. | : | |
| | : | No. 19-5760 |
| CHARMAINE HAWKINS, et al. | : | |
| *Defendants* | : | |

## NOTICE OF DEPOSITION DIRECTED TO DETECTIVE JAMES KOENIG

NOTICE is hereby given that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, by and through her attorney, Thomas Malone, Esq., will take the oral deposition of **Defendant James Koenig**. The deposition will begin at **1 P.M. on February 17, via Zoom**, unless the parties mutually agree to hold the deposition on a different date or time or at a different location or using different means.

This deposition will be taken by stenography before an officer authorized to administer oaths and, if necessary, will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.


Dated:  February 15, 2021                                         /s/ Thomas Malone_____
                                                                                                                     Thomas Malone, Esq.
                                                                                                                     Attorney for Plaintiff