| | |
|---|---|
| **From:** | Chris McInerney |
| **To:** | Meghan Claiborne |
| **Cc:** | Thomas Malone |
| **Subject:** | RE: Wexler v. City, et al. - O"Reilly Deposition |
| **Date:** | Tuesday, February 16, 2021 8:43:38 AM |

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Meghan,

Can you please forward me the login information for today's dep and the contact information for the court reporter?

I believe Tom is planning to talk to you about the Koenig and Keenan deps before starting today's.

Thanks,
Chris

**From:** Meghan Claiborne [Meghan.Claiborne@Phila.gov]
**Sent:** Tuesday, February 16, 2021 8:32 AM
**To:** Chris McInerney
**Cc:** Thomas Malone
**Subject:** RE: Wexler v. City, et al. - O'Reilly Deposition

Good Morning:

Please let me know as soon as possible if the below times work so I can contact the officers.

Thank you,
Meghan


**From:** Meghan Claiborne
**Sent:** Monday, February 15, 2021 3:54 PM
**To:** Chris McInerney <cmcinerney@themalonefirm.com>
**Cc:** Thomas Malone <tmalone@themalonefirm.com>
**Subject:** RE: Wexler v. City, et al. - O'Reilly Deposition

Tom:

I was under the impression that you weren't taking any more depositions. That's fine if you are, but I am no longer available at these times. I can be available the 18th after 2pm and Thursday between 11 and 1:30. If those times work, I will confirm if Det. Koenig and Cpl. Keenan are still available.

Thank you,
Meghan

**From:** Chris McInerney <cmcinerney@themalonefirm.com>

**Sent:** Monday, February 15, 2021 3:50 PM
**To:** Meghan Claiborne <Meghan.Claiborne@Phila.gov>
**Cc:** Thomas Malone <tmalone@themalonefirm.com>
**Subject:** RE: Wexler v. City, et al. - O'Reilly Deposition

> **External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Confirmed.

I've attached notices for Detective Koenig for 2/17 at 1 P.M. and Corporal Keenan for 2/18 at 10 A.M.

Thanks,
Chris

---

**From:** Meghan Claiborne [Meghan.Claiborne@Phila.gov]
**Sent:** Monday, February 15, 2021 3:14 PM
**To:** Chris McInerney
**Cc:** Thomas Malone
**Subject:** RE: Wexler v. City, et al. - O'Reilly Deposition

Confirmed. Please see the attached notice of Deposition for Plaintiff for tomorrow following the conclusion of Officer O'Reilly's deposition. Please confirm.

Thank you,
Meghan

---

**From:** Chris McInerney <cmcinerney@themalonefirm.com>
**Sent:** Monday, February 15, 2021 1:35 PM
**To:** Meghan Claiborne <Meghan.Claiborne@Phila.gov>
**Cc:** Thomas Malone <tmalone@themalonefirm.com>
**Subject:** Wexler v. City, et al. - O'Reilly Deposition

> **External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Good afternoon,

I'm writing on behalf of Mr. Malone to confirm tomorrow's deposition of Officer O'Reilly at 10 A.M. via Zoom (for which the notice is attached), and to confirm that we'll be using your court reporter.

Please provide us with the reporter's information and the link to the Zoom meeting at your earliest convenience.

Best,
Chris McInerney
Paralegal, The Malone Firm