# Meghan Claiborne

**From:** Shannon Zabel
**Sent:** Monday, August 31, 2020 10:44 AM
**To:** Thomas Malone
**Subject:** Wexler -  color photos and dep dates
**Attachments:** HAWKINS D17 (2).png; HAWKINS D16 (2).png; HAWKINS D18 (2).png

Tom,

Attached are color photographs of what was previously Bates labeled D16-D18.  Could you please provide me with dates to depose Ms. Wexler? Depending on how much time you need to finish Officer Hawkins' deposition, we could try to do them the same day.

Thanks,

Shannon Zabel
Assistant City Solicitor
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5114