# Meghan Claiborne

**From:** Meghan Claiborne
**Sent:** Thursday, January 28, 2021 2:58 PM
**To:** 'TMALONE@THEMALONEFIRM.COM'
**Subject:** Wexler v. City, et al.
**Attachments:** Wexler - Defendants' Interrogatories and RFP directed to Plaintiff.pdf

Good Afternoon:

I am taking over representation in the above matter for my colleague, Ms. Zabel, while she is out on maternity leave. I see that discovery ends on Feb. 18, 2021. I believe there are outstanding discovery requests pending to you (attached), and that plaintiff has not yet been deposed. Can you please provide discovery responses as soon as possible and let me know what dates work for you client's deposition prior to Feb. 18?

Feel free to call if you have any questions.

Best,

Meghan E. Claiborne
Civil Rights Unit
City of Philadelphia Law Department
Office: 215-683-5447
Cell: 706-951-0586
Fax: 215-683-5397