# Event Celebrates Friends of the IDF

By  - - (https://www.jewishexponent.com/author/je/)   -   July 23, 2019

2 of 3



From left: Tzvia Wexler and

On July 14, Sivy Blume hosted an event celebrating the Friends of the Israeli Defense Forces in Margate, New Jersey.

(https://www.jewishexponent.com/author/je/)

- - (https://www.jewishexponent.com/author/je/)