# Meghan Claiborne

**From:** Meghan Claiborne
**Sent:** Wednesday, February 17, 2021 2:02 PM
**To:** Meghan Claiborne
**Subject:** Wexler v. City, et al. - Discovery Deficiencies
**Attachments:** Wexler Medical Checklist.pdf

Tom:

As you are aware, discovery ends tomorrow. The photographs your client identified during her deposition yesterday should have been produced at the outset with Rule 26 Initial Disclosures, which I don't believe you have yet produced. Please produce your disclosures today by close of business today, along with all photographs related to the incident or any injuries in her possession.

Thank you,
Meghan

Meghan E. Claiborne
Civil Rights Unit
City of Philadelphia Law Department
Office: 215-683-5447
Cell: 706-951-0586
Fax: 215-683-5397