# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TZVIA WEXLER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHARMAINE HAWKINS, *et al*. | : | |
| Defendants | : | NO. 19-5760 |

# ORDER

**AND NOW**, this 23rd day of March, 2021, after a upon consideration of Plaintiff's "Motion to Compel the Depositions of Defendants James Koenig and Kelly Keenan" (Document No. 16), Defendants' "Motion to Compel" (Document No. 18), Plaintiff's "Response to Motion" (Document No. 20), and after a telephonic conference with counsel for both parties today, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Compel (Document No. 16) is **GRANTED:**

    a. Defendants shall produce James Koenig and Kelly Keenan within the next thirty (30) days for a video deposition.

2. Defendants' Motion to Compel (Document no. 18) is **GRANTED**:

    a. Plaintiff shall provide all contact information in her possession regarding Sivy Blume within ten (10) days;
    b. Plaintiff shall provide the name and contact information of Plaintiff's husband and produce him for a video deposition within thirty (30) days;
    c. Plaintiff shall serve her medical records and expert reports, if any, from Dr. Ofra Sharabani and Dr. Philip Nimoityn within forty-five (45) days;
    d. Defendant shall file any responsive expert report within thirty (30) days of receipt of Plaintiff's reports.

**IT IS SO ORDERED**.

                **BY THE COURT**:

                */s/ Carol Sandra Moore Wells*
                CAROL SANDRA MOORE WELLS
                United States Magistrate Judge