# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TZVIA WEXLER,** | : |
| **Plaintiff,** | : |
| | : Civil Action |
| v. | : No. 19-5760 |
| | : |
| **CITY OF PHILADELPHIA, et al.,** | : |
| **Defendants.** | : |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Defendants', Charmaine Haynes-Hawkins, James Koenig, Kelly Keenan, Motion to Enforce the Court's Order Dated March 23, 2021, and any response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Plaintiff shall provide the name and contact information of Plaintiff's husband immediately and shall produce him for a video deposition within ten (10) days of this Order but no sooner than 24 hours after provision of the above information.

Failure to comply with this order will result in the issuance of sanctions against counsel for Plaintiff.

BY THE COURT:

_____

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TZVIA WEXLER, | : |
|           Plaintiff, | : |
| | :    **Civil Action** |
| v. | :    **No. 19-5760** |
| | : |
| CITY OF PHILADELPHIA, et al., | : |
|           Defendants. | : |

## **DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendants, Charmaine Haynes-Hawkins, James Koenig, Kelly Keenan (collectively as "Defendants"), hereby file this Motion to Enforce the Court's Order Dated March 23, 2021. In support of this motion, Defendant incorporates the attached Memorandum of Law.

On February 18, 2021, Defendants filed a motion to compel seeking the name and contact information of Plaintiff's husband, as well as the production of Plaintiff's husband for a video deposition. [Dkt. 18]. On March 23, 2021, the Court held a hearing on the motion. That same day, the Court entered an order granting the motion and ordering that "Plaintiff shall provide the name and contact information of Plaintiff's husband and produce him for a video deposition within thirty (30) days" ("Order"). [Dkt. 22]. The deadline for production of this information was April 22, 2021.

On April 21, 2021, Defendants followed upon on the Order requesting the name and contact information of Plaintiff's husband. E-mail dated April 21, 2021, attached as Exhibit A. On April 26, 2021, Defendants followed up a second time requesting the name and contact information. E-mail dated April 26, 2021, attached as Exhibit B. To-date, Plaintiff has not responded to these requests or otherwise complied with the Order.

2

Defendants respectfully requests that this Court enter an order requiring Plaintiff to comply with the order within ten (10) days or face sanctions. Defendants further request that the information be provided at least 24 hours in advance of the deposition.

Date: April 27, 2021                                Respectfully submitted,


                                                    */s/* Meghan E. Claiborne_____
                                                    Meghan E. Claiborne, Esquire
                                                    Deputy City Solicitor
                                                    Pa. Attorney ID No. 315918
                                                    City of Philadelphia Law Department
                                                    1515 Arch Street, 14th Floor
                                                    Philadelphia, PA 19102
                                                    (215) 683-5447
                                                    meghan.claiborne@phila.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER, <br>       Plaintiff, <br><br>     v. <br><br> CITY OF PHILADELPHIA, et al., <br>       Defendants. | Civil Action <br> No. 19-5760 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, Defendants', Charmaine Haynes-Hawkins, James Koenig, Kelly Keenan, Motion to Enforce the Court's Order Dated March 23, 2021, was filed via the Court's electronic filing system and is available for viewing and downloading by all parties of record.

Date:  April 27, 2021                                    Respectfully submitted,

                                                                                                 */s/* Meghan E. Claiborne_____
                                                                                                 Meghan E. Claiborne, Esquire
                                                                                                 Deputy City Solicitor
                                                                                                 Pa. Attorney ID No. 315918
                                                                                                 City of Philadelphia Law Department
                                                                                                 1515 Arch Street, 14th Floor
                                                                                                 Philadelphia, PA 19102
                                                                                                 (215) 683-5447
                                                                                                 meghan.claiborne@phila.gov