| | |
|---|---|
| **From:** | Meghan Claiborne |
| **To:** | "Thomas Malone" |
| **Cc:** | Chris McInerney |
| **Subject:** | RE: Wexler v Phila - Apr 14 Depositions |
| **Date:** | Wednesday, April 21, 2021 12:33:00 PM |

That works. I will arrange a court reporter for Plaintiff's husband. Can you please provide his name and contact information in advance of the deposition?

---

**From:** Thomas Malone <tmalone@themalonefirm.com>
**Sent:** Wednesday, April 21, 2021 10:10 AM
**To:** Meghan Claiborne <Meghan.Claiborne@Phila.gov>
**Cc:** Chris McInerney <cmcinerney@themalonefirm.com>
**Subject:** RE: Wexler v Phila - Apr 14 Depositions

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Meghan,

If April 28th is still free for you, let's plan for 10AM.  Are you still planning to depose my client's husband? If so, should I see if he is available at 1PM?

Best,
Tom

---

**From:** Meghan Claiborne [Meghan.Claiborne@Phila.gov]
**Sent:** Thursday, April 15, 2021 10:23 AM
**To:** Thomas Malone
**Cc:** Chris McInerney
**Subject:** RE: Wexler v Phila - Apr 14 Depositions

April 26th 10-5; 27th 1:30-5; or 28th 10-3.

---

**From:** Thomas Malone <tmalone@themalonefirm.com>
**Sent:** Thursday, April 15, 2021 10:19 AM
**To:** Meghan Claiborne <Meghan.Claiborne@Phila.gov>
**Cc:** Chris McInerney <cmcinerney@themalonefirm.com>
**Subject:** RE: Wexler v Phila - Apr 14 Depositions

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Please get back to me with dates/times the week after next for Cpl. Keenan's deposition. Thank you. And I again apologize for the confusion.

---

**From:** Meghan Claiborne [Meghan.Claiborne@Phila.gov]
**Sent:** Thursday, April 15, 2021 9:52 AM
**To:** Thomas Malone; Chris McInerney

**Subject:** Re: Wexler v Phila - Apr 14 Depositions

Tom, Cpl. Keenan just told me that she moveda an appointment back to 11:30 for this dep. we already had to reschedule from yesterday so I would ask that we proceed today. We can push till 10:30 if you need but she needs to be done by 11. If not, we will have to reschedule for week after next. Given that you've already asked to reschedule twice, I can make her available a third time but we need to get it done then.

Sent from my iPhone, apologies for any inadvertent typographical errors.

---

**From:** Meghan Claiborne <Meghan.Claiborne@Phila.gov>
**Sent:** Thursday, April 15, 2021 9:42:16 AM
**To:** Thomas Malone <tmalone@themalonefirm.com>; Chris McInerney <cmcinerney@themalonefirm.com>
**Subject:** Re: Wexler v Phila - Apr 14 Depositions

Okay.

Sent from my iPhone, apologies for any inadvertent typographical errors.

---

**From:** Thomas Malone <tmalone@themalonefirm.com>
**Sent:** Thursday, April 15, 2021 9:40:31 AM
**To:** Meghan Claiborne <Meghan.Claiborne@Phila.gov>; Chris McInerney <cmcinerney@themalonefirm.com>
**Subject:** RE: Wexler v Phila - Apr 14 Depositions

> **External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Sorry for the confusion. Confirmed for today. But I am having internet issues at home. Need to get to Office. Let's push the first one back to 11:00 if that works on your end. Should be short anyway.

Thanks,
Tom

---

**From:** Meghan Claiborne [Meghan.Claiborne@Phila.gov]
**Sent:** Wednesday, April 14, 2021 3:12 PM
**To:** Chris McInerney; Thomas Malone
**Subject:** RE: Wexler v Phila - Apr 14 Depositions

The subject and notices say April 14. Confirmed these are for tomorrow?

---

**From:** Chris McInerney <cmcinerney@themalonefirm.com>
**Sent:** Wednesday, April 14, 2021 2:25 PM
**To:** Thomas Malone <tmalone@themalonefirm.com>; Meghan Claiborne <Meghan.Claiborne@Phila.gov>
**Subject:** Wexler v Phila - Apr 14 Depositions

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Notices for tomorrow's depositions are attached; see below for the zoom link for both depositions.

Strehlow & Associates Meeting Room 6 is inviting you to a scheduled Zoom meeting.

Topic: Wexler v Phila/MALONE
Time: Apr 15, 2021 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/88086485483?pwd=ci9NWGtDR04zWGNzUy9wN2o3WWVMUT09

Meeting ID: 880 8648 5483
Passcode: 823811
One tap mobile
+13126266799,,88086485483#,,,,*823811# US (Chicago)
+16465588656,,88086485483#,,,,*823811# US (New York)