IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TZVIA WEXLER | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA POLICE DEPARTMENT | : | NO. 19-cv-5760 |

**O R D E R**

AND NOW, this 28th day of February, 2022, it is hereby **ORDERED** that Defendant's Motion To Dismiss is **DENIED** as **MOOT**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE