IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TZVIA WEXLER** <br>         **Plaintiff,** <br>    v. <br> **CITY OF PHILADELPHIA,** *et al*. <br>         **Defendants.** | **CIVIL ACTION NO. 19-5760** |

### ORDER

    **AND NOW**, this 24th day of February 2023, upon review of the docket in this case, it is hereby **ORDERED** that the parties shall file a joint report no later than **March 3, 2023**, as to the status of the case. The report shall state whether the case has been settled. In the event the case is not settled, counsel shall include in their report a statement as to whether they believe a settlement conference before a magistrate judge, mediation under Local Civil Rule 53.3, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such proceedings. The parties also shall state whether they consent to proceed to trial before a randomly-assigned United States Magistrate Judge.[1]

    It is so **ORDERED.**

                                              **BY THE COURT:**

                                              **/s/ Cynthia M. Rufe**
                                              _____
                                              **CYNTHIA M. RUFE, J.**

---

[1] If the parties consent to the reference of the civil action to a magistrate judge, they should file the form entitled Consent and Reference of a Civil Action to a Randomly Assigned Magistrate Judge, available at http://www.paed.uscourts.gov/documents2/forms/forms-miscellaneous.