

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

**DIANA P. CORTES**
Philadelphia City Solicitor
(215) 683-5003
diana.cortes@phila.gov

**DANIELLE WALSH**
Div. Deputy City Solicitor
Civil Rights Unit
(215) 686-0464
danielle.walsh@phila.gov

**VIA EMAIL**

March 3, 2023

Honorable Cynthia M. Rufe
James A. Byrne U.S. Courthouse, Room 12614
601 Market Street
Philadelphia, PA 19106-1714
chambers_of_judge_cynthia_m_rufe@paed.uscourts.gov

Re:   *Wexler v. City of Philadelphia*, *et al.*, **19-cv-5760 (E.D. Pa.)**

Dear Judge Rufe:

    Counsel write to provide the Court with a joint update as to the status of the above listed matter.  The Parties agree that discovery is complete, and the case is ready to proceed to trial.  The Parties respectfully request a short period of time to determine if a settlement conference could lead to expeditious resolution of this matter.  We jointly propose to provide an update to the Court by Friday, March 10th to allow the Parties time to confer with their respective clients further.

    Should the Parties determine that a settlement conference would not be a productive use of time, we would respectfully request a conference with the Court to set pretrial scheduling deadlines.

    We thank the Court for its consideration in this matter.

                                                Respectfully,

                                                    /s/ *Danielle E. Walsh*
                                                   Danielle E. Walsh, Esq.
                                                   Counsel for Defendants

                                                   /s/ *Thomas Malone*__
                                                   Thomas Malone, Esq.
                                                   Counsel for Plaintiff