# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER, : | |
|          Plaintiff, : | |
| : | Civil Action |
| v. : | No. 19-5760 |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
|          Defendants. : | |

## DEFENDANTS' STATUS REPORT

Defendants write to provide a status update pursuant to the Court's February 24, 2023, Order. Defendants wish to inform the Court that the above captioned matter has not settled. Further, it is the Defendants' understanding that the Parties are not in agreement that a settlement conference, or other form of dispute resolution, might be of assistance in resolving the case. Plaintiff has represented to Defendants that she is willing to proceed to a settlement conference, but Defendants have made clear their position on case valuation. Given the disparity in the two positions, Defendants believe that a settlement conference would not be a valuable use of the Court's time. Finally, it is also Defendants' understanding that the Parties are not in agreement on consenting to proceed to trial before a randomly assigned United States Magistrate Judge. Defendants would respectfully request a conference with the Court to set pretrial scheduling deadlines.

Date: March 10, 2023                                                 Respectfully submitted,

                                                                                    */s/ Danielle E. Walsh*____
                                                                                     Danielle E. Walsh
                                                                                     Div. Deputy City Solicitor

Pa. Attorney ID No. 312438  
City of Philadelphia Law Department  
1515 Arch Street, 14th Floor  
Philadelphia, PA 19102  
215-686-0464 (phone)  
215-683-5397 (fax)  
Danielle.walsh@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **TZVIA WEXLER,** | : | |
|           **Plaintiff,** | : | |
| | : | **Civil Action** |
|     v. | : | **No. 19-5760** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
|           **Defendants.** | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below the Joint Status Report of the Parties was filed via the Court's electronic filing system and is available for viewing and downloading by all parties of record.

Date: March 10, 2023

                                                         Respectfully submitted,

                                                         */s/ Danielle E. Walsh*
                                                         Danielle E. Walsh
                                                         Div. Deputy City Solicitor
                                                         Attorney Identification No. 312438
                                                         City of Philadelphia Law Department
                                                         1515 Arch Street, 14th Floor
                                                         Philadelphia, PA 19102
                                                         (215) 686-0464
                                                         Danielle.walsh@phila.gov