IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TZVIA WEXLER** | : | **CIVIL ACTION** |
| | : | |
| V. | : | NO. 19-5760 |
| | : | |
| **CITY OF PHILADELPHIA, et al** | | |

### ORDER

**AND NOW**, this 14th day of March 2023, **IT IS ORDERED** that upon consideration of the correspondence from counsel, the Status Telephone Conference is **rescheduled** for **Wednesday, March 22, 2023, at 10:30 A.M.** Please use the following call-in telephone number to be connected to the conference: **866-434-5269 access code: 3579586#**

BY THE COURT:

S/CYNTHIA M. RUFE
CYNTHIA M. RUFE, J.

March 13, 2023

By Electronic Mail
Chambers of Judge Cynthia Rufe
12614 U.S. Courthouse
601 Market Street
Courtroom 12-A
Philadelphia, PA 19106
Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov

      Re:    WEXLER v. CITY OF PHILADELPHIA et al.
              Civil Action No. 19-5760

Dear Judge Rufe,

I write regarding the scheduling of the Status Conference by telephone in the above-referenced matter, which is set for this Thursday, March 16, 2023, at 2 P.M. I will be out of the country from March 14 through March 19, and therefore respectfully request that the conference be rescheduled for any date after my return that is convenient for the Court and fellow counsel.

Please accept my apologies for the inconvenience.

                                                      Respectfully,

                                                       /s/ Thomas Malone
                                                     Thomas Malone, Esq.
                                                     Attorney for Tzvia Wexler

cc:    Kristen Pepin (by email: Kristen_Pepin@paed.uscourts.gov)
        Danielle Walsh, esq. (by email: danielle.walsh@phila.gov)