IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER<br><br>                      Plaintiff,<br><br>   v.<br><br>CITY OF PHILADELPHIA, *et al*.<br><br>                      Defendants. | CIVIL ACTION NO. 19-5760 |

## ORDER

**AND NOW**, this 22nd day of March 2023, after a telephone conference with counsel, it is hereby **ORDERED** that:

1. This case is submitted to Magistrate Judge Carol Sandra Moore Wells for a settlement conference on **April 13, 2023 at 2:00 PM**. Judge Wells's Chambers will provide connection information. The parties and/or persons with full authority to settle <u>must</u> participate unless excused in advance by Judge Wells.

2. If appropriate, the parties may file any motions showing good cause for the Court to grant leave to conduct expert discovery or to file case-dispositive motions no later than **April 27, 2023**. If no motions are filed, then fact and expert discovery will be deemed **CLOSED**, and the case will be **SPECIALLY LISTED** for trial on a date certain.

3. The case is no longer referred to Magistrate Judge Wells for discovery matters.

It is so **ORDERED.**

                                                        BY THE COURT:

                                                        /s/ Cynthia M. Rufe

                                                        **CYNTHIA M. RUFE, J.**