IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TZVIA WEXLER**<br>**Plaintiff,**<br>v.<br>**CITY OF PHILADELPHIA et al**<br>**Defendants.** | CIVIL ACTION NO. 19-05760 |

### ORDER

**AND NOW,** this 4th day of May 2023, the Court hereby enters the following Order setting this case for trial as follows:

1. This case is specially listed for trial on **August 21, 2023** at **9:30 a.m.** in Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, PA. All parties, witnesses, and counsel are attached for this date.

2. Final pretrial memoranda shall be filed pursuant to Local Rule of Civil Procedure 16.1(c) and shall contain all items listed in that rule, including the following: a jurisdictional statement; statement of the facts of the case; damages computation, or description of other relief sought; list of intended witnesses, designated separately for liability and damages; estimate of required trial time; and special comments regarding stipulations, amendments of pleadings or other appropriate issue, including the legal issues involved in the case. The pretrial memoranda and any motions *in limine* shall be filed no later than **28 days** before the trial.

3. The parties shall file a joint list of trial exhibits no later than **14 days** before the trial.

4. In addition to the above, each party is required to submit the following no later than **seven days** before the trial: proposed voir dire questions, proposed jury instructions (one

point per page), and proposed jury interrogatories. The failure to submit proposed jury instructions may result in the forfeiture of the right to object to omissions in jury charge. Counsel should provide the Court with copies of the proposed jury instructions and jury interrogatories by e-mail, in a format readable by Microsoft Word.

5. A final pretrial conference will be held on **August 17th, 2023** at **10:30 a.m.** in Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, PA. At least one of the attorneys for each party shall have the authority to enter into stipulations and to make admissions regarding all matters. In preparation for the final pretrial conference, counsel are expected to communicate with each other on the following matters in an effort to reach agreement or, if agreement is not possible, to submit, the precise points in dispute, in writing, in a joint statement on the following: (a) agreed upon and disputed facts; (b) objections to any proposed witnesses; (c) objections to any proposed exhibits (including objections to genuineness and authenticity); (d) objections to any depositions to be read at trial; (e) disputed legal issues; (f) amendments to pleadings; (g) stipulated to and disputed points for charge; (h) verdict sheet and special interrogatories; and (i) number of days required for trial.

It is so **ORDERED**.

                                             **BY THE COURT:**

                                             /s/Cynthia M. Rufe
                                             _____
                                             **CYNTHIA M. RUFE, J.**