IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TZVIA WEXLER** | : | **CIVIL ACTION** |
| | : | |
| **V.** | : | **NO. 19cv05760** |
| | : | |
| **CITY OF PHILADELPHIA, et al** | | |

## ORDER

**AND NOW,** this 3rd day of August, 2023, **IT IS ORDERED** that a Telephone Status Conference in the above matter is scheduled for **Thursday, August 10, 2023, at 10:00 A.M. Please use the following call-in telephone number to be connected to the conference: 866-434-5269 access code : 3579586#**

BY THE COURT:

S/CYNTHIA M. RUFE
**CYNTHIA M. RUFE, J.**