IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER, <br> Plaintiff, <br> v. <br> CHARMAINE HAWKINS, et al., <br> Defendants. | CIVIL ACTION <br> No. 19-CV-5760-CMR |

## JOINT EXHIBIT LIST

| | |
|---|---|
| 1 | Complaint or Incident Report re: Injured Officer (BS-D19) |
| 2 | Complaint or Incident Report re: Assault on Police (BS-D7) |
| 3 | Hawkins Use of Force Report |
| 4 | PPD Investigation Report (75-49) (BS-D4–6) |
| 5 | PPD PARS (BS D12–13) |
| 6 | Investigation Interview Record (Hawkins) (BS-D8) |
| 7 | Photo of PO Hawkins injuries (1) (BS-D16) |
| 8 | Photo of PO Hawkins injuries (2) (BS-D17) |
| 9 | Photo of PO Hawkins injuries (3) (BS-D18) |
| 10 | PPD Detainee's Medical Checklist |
| 11 | Biographical Information Report (BS-D9–10) |
| 12 | Photograph of Tzvia Wexler dated July 14, 2019 |
| 13 | Hawkins Use of Force Report |
| 14 | PPD Investigation Report (75-49) (BS-D4–6) |
| 15 | Photo of Tzvia Wexler's Injuries (1) |
| 16 | Photo of Tzvia Wexler's Injuries (2) |
| 17 | Photo of Bike Police Officer (1) |
| 18 | Photo of Bike Police Officer (2) |
| 19 | Photo of Bike Police Officer (3) |
| 20 | Photo of Wexler Bicycle |
| 21 | Pride Day Orders (5 pages) (BS-D22) |

| | |
|---|---|
| 22 | PPD Directive 1[1] |
| 23 | PPD Directive 4.21 |
| 24 | PPD Directive 10.2 |
| 25 | Plaintiff's Criminal Discovery Packet |

***PRE-MARKED PRIOR TESTIMONY/STATEMENTS***

| | |
|---|---|
| 26 | Transcript – Tzvia Wexler Deposition |
| 27 | Transcript – Officer Hawkins Deposition (I) |
| 28 | Transcript – Officer Hawkins Deposition (II) |
| 29 | Transcript – Cpl. Keenan Deposition |
| 30 | Transcript – Officer Reilly Deposition |
| 31 | Transcript – David Wexler |
| 32 | Interrogatory Responses – Tzvia Wexler |
| 33 | Interrogatory Responses – Officer Hawkins |
| 34 | Interrogatory Responses – Cpl. Keenan |
| 35 | Interrogatory Responses – Det. Koenig |

---

[1] Defendants do not stipulate to the admissibility of exhibits 22, 23, and 24 and will separately raise their objections.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER,<br>                Plaintiff,<br>v.<br>CHARMAINE HAWKINS, et al.,<br>                Defendants. | CIVIL ACTION<br>No. 19-CV-5760-CMR |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the Joint Exhibit List was filed via the Court's electronic filing system and is available for downloading.

Date: August 7, 2023

Respectfully submitted,

*/s/ Michelle V. Barone*
Michelle V. Barone
Pa. Attorney ID No. 318237
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5217 (phone)
michelle.barone@phila.gov