IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF PHILADELPHIA, *et al.*<br>　　　　　　Defendants. | CIVIL ACTION NO. 19-5760 |

# ORDER

**AND NOW**, this 10th day of August 2023, after a telephone conference with counsel, it is hereby **ORDERED** that:

1.　This case is submitted to Magistrate Judge Carol Sandra Moore Wells for a settlement conference on **August 18, 2023 at 3:00 PM**. Judge Wells's Chambers will provide connection information. The parties and/or persons with full authority to settle <u>must</u> participate unless excused in advance by Judge Wells.

2.　Any additional motions *in limine* shall be filed no later than **August 17, 2023**.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**