IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TZVIA WEXLER**<br>　　　　　　**Plaintiff,**<br>　　v.<br>**CITY OF PHILADELPHIA,** *et al.*<br>　　　　　　**Defendants.** | **CIVIL ACTION NO. 19-5760** |

# ORDER

**AND NOW**, this 15th day of August 2023, it is hereby **ORDERED** that, as discussed in an earlier telephone conference with counsel for the parties, the trial scheduled for August 21, 2023, is **CONTINUED** and will be rescheduled at the Court's earliest convenience.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**