IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TZVIA WEXLER | |
|---|---|
| Plaintiff, | |
| v. | CIVIL ACTION NO. 19-cv-5760 |
| CITY OF PHILADELPHIA et al | |
| Defendants. | |

**ORDER**

**AND NOW,** this 28th day of September 2023, upon consideration of , it is hereby **ORDERED** that a final pretrial conference will be held on **December 21, 2023** at **10:30am** in Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, PA. At least one of the attorneys for each party shall have the authority to enter into stipulations and to make admissions regarding all matters. In preparation for the final pretrial conference, counsel are expected to communicate with each other on the following matters in an effort to reach agreement or, if agreement is not possible, to submit, the precise points in dispute, in writing, in a joint statement on the following: (a) agreed upon and disputed facts; (b) objections to any proposed witnesses; (c) objections to any proposed exhibits (including objections to genuineness and authenticity); (d) objections to any depositions to be read at trial; (e) disputed legal issues; (f) amendments to pleadings; (g) stipulated to and disputed points for charge; (h) verdict sheet and special interrogatories; and (i) number of days required for trial.

It is so **ORDERED**.

BY THE COURT:

 /s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.