IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TZVIA WEXLER**<br><br>         **Plaintiff,**<br><br>v.<br><br>**CHARMAINE HAWKINS, et al.**<br><br>         **Defendants.** | **CIVIL ACTION NO. 19-5760** |

## ORDER

**AND NOW**, this 21st day of December 2023, upon consideration of Defendants Charmaine Hawkins, James Koenig, and Kelly Keenan's Motions in Limine regarding certain trial witnesses, and pursuant to certain representations from Plaintiff's counsel during a telephone conference held on August 10, 2023, and a pretrial conference held before the Court on December 21, 2023, it is hereby **ORDERED** that:

1.  Defendants' Motion in Limine to Preclude Expert Testimony [Doc. No. 40], to which no response has been filed, is **GRANTED** as unopposed, pursuant to representations from Plaintiff's counsel that Plaintiff does not intend to introduce any expert witnesses.

2.  Defendants' Motion in Limine to Preclude Testimony or Evidence Regarding Lay Witness Ofra Sharabani's Profession [Doc. No. 41], to which no response has been filed, is **GRANTED** as unopposed, pursuant to representations from Plaintiff's counsel that Plaintiff does not intend to call Ofra Sharabani as a witness at trial.

3.  Defendants' Motion in Limine to Preclude Testimony of Kimberly Klayman [Doc. No. 54], to which no response has been filed, is **GRANTED** as unopposed, pursuant to representations from Plaintiff's counsel that Plaintiff does not intend to call Kimberly Klayman as a witness at trial.

4. Defendants' Motion in Limine to Preclude Evidence of the Philadelphia Police Department's Directives [Doc. No. 53] shall be addressed by separate order.

It is so **ORDERED**.

                                                **BY THE COURT:**

                                                /s/ Cynthia M. Rufe

                                                **CYNTHIA M. RUFE, J.**