IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER, <br> Plaintiff, <br> v. <br> CHARMAINE HAWKINS, et al., <br> Defendants. | CIVIL ACTION <br> No. 19-CV-5760-CMR |

## JOINT EXHIBIT LIST

| | |
|---|---|
| 1 | Complaint or Incident Report re: Injured Officer (BS-D19) |
| 2 | Complaint or Incident Report re: Assault on Police (BS-D7) |
| 3 | Hawkins Use of Force Report |
| 4 | PPD Investigation Report (75-49) (BS-D4–6) |
| 5 | PPD PARS (BS D12–13) |
| 6 | Investigation Interview Record (Hawkins) (BS-D8) |
| 7 | Photo of PO Hawkins injuries (1) (BS-D16) |
| 8 | Photo of PO Hawkins injuries (2) (BS-D17) |
| 9 | Photo of PO Hawkins injuries (3) (BS-D18) |
| 10 | PPD Detainee's Medical Checklist |
| 11 | Biographical Information Report (BS-D9–10) |
| 12 | Photograph of Tzvia Wexler dated July 14, 2019 |
| 13 | Hawkins Use of Force Report |
| 14 | Criminal Information (charging document) for Com. v. Wexler, CP-51-5188-2019) |
| 15 | Wexler Discovery Cover Sheet (1 page) |
| 16 | Secure Court Summary (1 page) |
| 17 | Subpoena to Wexler for 6/27/19 MC Court Hearing (1 page) |
| 18 | Bail Bond (Com. v. Wexler) (2 pages) |
| 19 | Additional Bail Information (Com. v. Wexler) (1 page) |
| 20 | Surety Information Page (Com. v. Wexler) (1 page) |
| 21-a | Receipt for Bail Posting |

| | |
|---|---|
| 21-b | Stapled receipt at "CJC Payment Center" (attached to 21-a) |
| 22 | Bail Bond Information Provided to Bail Depositors (1 page) |
| 23 | Photo of Tzvia Wexler's Injuries (1) |
| 24 | Photo of Tzvia Wexler's Injuries (2) |
| 25 | Photo of Bike Police Officer (1) |
| 26 | Photo of Bike Police Officer (2) |
| 27 | Photo of Bike Police Officer (3) |
| 28 | Photo of Wexler Bicycle |
| 29 | Pride Day Orders (5 pages) (BS-D22) |

***EXHIBITS DISPUTED BY PARTIES (See ECF Nos. 53, 63)***

| | |
|---|---|
| 30 | *[PPD Directive 4.21]* |
| 31 | *[PPD Directive 10.2]* |

***PRE-MARKED PRIOR TESTIMONY/STATEMENTS***

| | |
|---|---|
| 32 | Transcript – Tzvia Wexler Deposition |
| 33 | Transcript – Officer Hawkins Deposition (Vol. I) |
| 34 | Transcript – Officer Hawkins Deposition (Vol. II) |
| 35 | Transcript – Cpl. Keenan Deposition |
| 36 | Transcript – Officer Reilly Deposition |
| 37 | Transcript – David Wexler |
| 38 | Interrogatory Responses – Tzvia Wexler |
| 40 | Interrogatory Responses – Officer Hawkins |
| 41 | Interrogatory Responses – Cpl. Keenan |
| 42 | Interrogatory Responses – Det. Koenig |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER, <br>         Plaintiff, <br>   v. <br> CHARMAINE HAWKINS, et al., <br>         Defendants. | CIVIL ACTION <br> No. 19-CV-5760-CMR |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the Joint Exhibit List was filed via the Court's electronic filing system and is available for downloading.

Date: December 22, 2023

Respectfully submitted,

*/s/ Michelle V. Barone*
Michelle V. Barone
Pa. Attorney ID No. 318237
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5217 (phone)
michelle.barone@phila.gov