IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER<br><br>        Plaintiff,<br><br>v.<br><br>CHARMAINE HAWKINS, et al.<br><br>        Defendants. | CIVIL ACTION NO. 19-5760 |

## ORDER

**AND NOW**, this 28th day of December 2023, this case having previously been listed in the trial pool of January 8, 2024, and after a final pretrial conference held before the Court on December 21, 2023, it is hereby **ORDERED** that this case is specially listed for trial on **January 16, 2024** at **9:30 a.m.** in Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, PA. All parties, witnesses and counsel are hereby **ATTACHED** for this trial until it is concluded.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**