# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TZVIA WEXLER,**  Plaintiff,  v.  **OFFICER CHARMAINE HAWKINS, et al.,**  Defendants. | Civil Action No. 19-5760 |

## STIPULATION

IT IS HEREBY stipulated and agreed by Plaintiff, Tzivia Wexler, and Defendants, Charmaine Hawkins, James Koenig, and Kelly Keenan, as follows:

1. All claims against Defendant Kelly Keenan are dismissed **WITH PREJUDICE**;

2. Plaintiff's claim against all Defendants for False Light/Invasion of Privacy (Count VIII) is dismissed **WITH PREJUDICE**; and

3. The caption is amended to reflect Charmaine Hawkins and James Koenig as the only remaining defendants.

| | |
|---|---|
| */s/ Thomas B. Malone* | */s/ Jonah Santiago-Pagán* |
| Thomas B. Malone | Jonah Santiago-Pagán |
| The Malone Firm LLC | Pa. Attorney ID No. 326442 |
| 1650 Arch St Suite 1903 | City of Philadelphia Law Department |
| Philadelphia, Pa 19103 | 1515 Arch Street, 14th Floor |
| 215-627-0700 | Philadelphia, PA 19102 |
| tmalone@themalonefirm.com | 215-683-5428 (phone) |
| | 215-683-5397 (fax) |
| *Attorney for Plaintiff* | jonah.santiago-pagan@phila.gov |
| | *Attorney for Charmaine Hawkins, James Koenig, and Kelly Keenan* |
| Dated: December 22, 2023 | BY THE COURT |
| **Signed: December 28, 2023** | /s/ Cynthia M. Rufe |
| | _____ |
| | CYNTHIA M. RUFE, J. |