# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TZVIA WEXLER, | : | |
| Plaintiff | : | |
| | : | Civil Action |
| v. | : | No. 19-5760 |
| | : | |
| CHARMAINE HAWKINS, et al., | : | |
| Defendants | | |

## JOINT STATEMENT REGARDING PROPOSED STIPULATIONS

The parties to the above action, pursuant to this Court's Order of 1/8/2024 [ECF No. 72] hereby submit the following Joint Statement regarding whether and to what extent the Proposed Stipulations, filed concurrently with this Statement, resolve Defendants' pending Motion in Limine to Preclude Reference to Police Directives [ECF No. 53].

**Plaintiff's Position**

Plaintiff believes the proposed Stipulations fully resolve Defendants' pending Motion.

**Defendants' Position**

Defendants believe the proposed Stipulations fully resolve Defendants' pending Motion.

Respectfully submitted,

/s/ Thomas Malone  
Thomas B. Malone, Esq.  
PA Attorney ID No. 77291

/s/ Jonah Santiago-Pagan  
Jonah Santiago-Pagan  
PA Attorney ID No. 326442

| | |
|---|---|
| The Malone Firm, LLC<br>1650 Arch Street, Ste. 2501<br>Philadelphia, PA 19103<br>(267) 670-0186<br>tmalone@themalonefirm.com<br><br>*Attorney for Plaintiff, Tzvia Wexler* | City of Philadelphia Law Dept.<br>1515 Arch Street, 14th Floor<br>Philadelphia, PA 19102<br>(215) 683-5428 (phone)<br>(215) 683-5397 (fax)<br>Jonah.santiago-pagan@phila.gov<br><br>*Attorney for Defendants, Charmaine Hawkins and James Koenig* |

DATED: January 10, 2024