(CIVIL JURY TRIAL)

19CV5760    Wexler

v

Charmaine Hawkins and

James Koenig

**Questions from the jury**

~~guideline~~

① are there guidelines for dollar amount of compensatory damages?

Yvonne Carter

4:27

answered on record 4:47 pm

(2) Is plaintiff seeking compensatory damages?

~~There was~~ We believe there was no testimony regarding these damages.

Yvonne Clarks

4:27

Answer/box read 4:41 pm

Ready for punitive damages instructions

*J. Caste*

5:02 pm

answeredor recd at 5:20 pm

We have a verdict

1/23/24

5:57 pm

Verdict taken at 6:08pm