IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TZVIA WEXLER**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**CHARMAINE HAWKINS, et al.**<br><br>　　　　　　**Defendants.** | **CIVIL ACTION NO. 19-5760** |

# ORDER

**AND NOW**, this 13th day of February 2024, upon consideration of Plaintiff's Motion for a 3-Day Extension of Time to File a Petition for Attorney's Fees, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff shall file her Petition for Attorney's Fees no later than **February 16, 2024**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

**From:** Thomas Malone <tmalone@themalonefirm.com>
**Sent:** Monday, February 12, 2024 11:06 PM
**To:** Kristen Pepin <Kristen_Pepin@paed.uscourts.gov>
**Cc:** Chris McInerney <cmcinerney@themalonefirm.com>
**Subject:** Wexler Fee Petition

**CAUTION - EXTERNAL:**

Hello Kristen,

Hope all is well. Due to travel and illness, I have to request additional time to file fee petition. Will the attached letter suffice, or does this need to be in the form of a Motion?

Thanks in advance.

Best,
Tom

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# THE MALONE FIRM

TRIAL LAWYERS

**February 12, 2023**

<u>By Electronic Mail</u>
Chambers of Judge Cynthia Rufe
12614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov

    Re:    *Wexler v. Hawkins, et al*. No. 19-CV-5760-CMR
              Petition for Attorney's Fees Deadline

Dear Judge Rufe,

I write regarding your Order of February 8, 2024, setting a deadline of February 13 as the deadline for filing Plaintiff's Petition for Attorney's Fees. I ask for a very brief extension of three (3) days until Friday, February 16 to file that Petition in order to better and more completely prepare the Memorandum and Declaration in Support of said Petition.

I thank you for your consideration.

                                                Respectfully,

                                                /s/ Thomas Malone
                                                Thomas Malone, Esq.
                                                Counsel for Plaintiff, Tzvia Wexler

cc:    Kristen Pepin (by email: Kristen_Pepin@paed.uscourts.gov)
        Jonah Santiago-Pagán, Esq. (by email: Jonah.Santiago-Pagan@Phila.gov)
        Derek Kane, Esq. (by email: Derek.Kane@phila.gov)