IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER<br><br>    Plaintiff,<br><br>v.<br><br>CHARMAINE HAWKINS and<br>JAMES KOENIG<br><br>    Defendants. | CIVIL ACTION NO. 19-5760 |

## ORDER

**AND NOW,** this 21st day of June 2024, upon consideration of Defendants' Motion for Post-Trial Relief [Doc. No. 102] and the response thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion is **GRANTED in part** and **DENIED in part** as follows:

1. Defendants' motion for a new trial is **DENIED**.

2. Defendants' motion for judgment as a matter of law is **DENIED**.

3. Defendants' request for remittitur is **GRANTED** as follows:

    a. The jury's punitive damages award against Defendant Hawkins of $500,000 is **REMITTED** to $250,000.

    b. The jury's punitive damages award against Defendant Koenig of $500,000 is **REMITTED** to $250,000.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**