IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARMAINE HAWKINS and<br>JAMES KOENIG<br><br>　　　　Defendants. | CIVIL ACTION NO. 19-5760 |

# ORDER

**AND NOW,** this 25th day of June 2024, upon consideration of Defendants' Motion to Defer Consideration of Plaintiff's Petition for Attorney's Fees [Doc. No. 103], it is hereby **ORDERED** that the Motion is **DENIED**. Defendants shall file a response to Plaintiff's Petition for Attorney's Fees no later than **July 9, 2024**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**