**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TZVIA WEXLER**<br><br>             **Plaintiff,**<br><br>    **v.**<br><br>**CHARMAINE HAWKINS and**<br>**JAMES KOENIG**<br><br>             **Defendants.** | **CIVIL ACTION NO. 19-5760** |

## ORDER

    **AND NOW,** this 25th day of July 2024, upon consideration of Plaintiff's Petition for Attorney's Fees [Doc. No. 100] and the response thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Petition is **GRANTED as adjusted**. Plaintiff is awarded reasonable attorney's fees in the amount of $268,431.26, reasonable paralegal's fees in the amount of $15,437.50, and reasonable costs and expenses in the amount of $8,941.47.

    It is so **ORDERED**.

                                        **BY THE COURT:**

                                        **/s/ Cynthia M. Rufe**
                                        _____
                                        **CYNTHIA M. RUFE, J.**