IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZVIA WEXLER<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARMAINE HAWKINS and<br>JAMES KOENIG<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 19-5760 |

# ERRATUM ORDER

**AND NOW,** this 25th day of July 2024, upon the Court's *sua sponte* identification of a typographical error in its Memorandum Opinion of June 21, 2024 [Doc. No. 108], it is hereby **ORDERED** that one sentence in the final paragraph on page 27 of the Opinion is amended as follows:

"As discussed with counsel off the record at the initial charge conference on January 19, 2024, . . . ."

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**