**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TZVIA WEXLER,**<br>**Plaintiff,**<br>**v.**<br>**CHARMAINE HAWKINS and JAMES KOENIG,**<br>**Defendants.** | **CIVIL ACTION NO. 19-5760** |

**ORDER**

**AND NOW,** this 17th day of November 2026, upon consideration of Plaintiff's Petition for Attorney's Fees [Doc. No. 130], the Declaration of Thomas Malone, Esq. [Doc. No. 131], and Defendants' Response in Opposition [Doc. No. 132], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Petition [Doc. No. 130] is **GRANTED as adjusted**. Plaintiff is awarded reasonable attorney's fees in the amount of $180,706.25, reasonable paralegal's fees in the amount of $10,312.50, and reasonable costs and expenses in the amount of $8,941.47.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**